**No. 58413.**—S. S. Kresge Company and F. W. Woolworth Company *v.* United States, protests 983581–G and 172485–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of papier-mâché articles the same in all material respects as those the subject of Abstract 56975, the items marked "A" were held dutiable at 12½ percent under paragraph 1403, as modified, *supra*, and the items marked "D" at 25 percent under paragraph 1403 of the tariff act.

**No. 58414.**—F. W. Woolworth Company *v.* United States, protest 206204–K (Boston).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of novelty figures, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 57018, the claim of the plaintiff was sustained.